**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STEVEN IVEY,**

          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1604-Orl-22KRS**

**JOHN W. SNOW, Secretary, U.S.**
**Department of the Treasury,**

          **Defendant.**

_____

**ORDER**

This cause is before the Court on the Application to Proceed Without Prepayment of Fees (Doc. No. 2) filed on October 25, 2005.

The United States Magistrate Judge has submitted a report recommending that the Complaint be dismissed, without prejudice, for failure to state a claim, and that the pending motion for leave to proceed *in forma pauperis* be denied as moot.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 8, 2005 (Doc. No. 4) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Complaint is hereby **DISMISSED**, without prejudice, for failure to state a claim, and the Application to Proceed Without Prepayment of Fees (Doc. No. 2) is **DENIED** as moot.

3. Plaintiff is given leave to file an Amended Complaint, and a renewed Motion to Proceed Without Prepayment of Fees by January 12, 2006.  Failure to file an Amended Complaint as directed shall result in this action being dismissed for lack of prosecution, without further notice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 27, 2005.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party